RECEIVED
2005 JUL -6  A 8: 11

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| E. Paul Jones, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 3:05CV628-T |
| MBNA AMERICA, a Delaware Corporation, A/k/a MBNA Consumer Services, Inc. | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441, *et seq.*, Defendant MBNA America, (hereinafter "MBNA"), hereby gives notice of the removal of this action from the Circuit Court of Tallapoosa County, at Alexander City, Alabama, where it is now pending, to the United States District Court for the Middle District of Alabama, Eastern Division. As grounds for this removal, Defendant shows as follows:

1. Defendant MBNA, is the only named Defendant in a civil action filed May 31, 2005, styled *E. Paul Jones v. MBNA America, a Delaware Corporation, A/K/A MBNA Consumer Services, Inc.*, Civil Action Number CV-05-113, in the Circuit Court of Tallapoosa County, at Alexander City. True and correct copies of all the pleadings, process, and orders contained in the Court file or served upon MBNA in said action are attached hereto as Exhibit 1 and incorporated herein.

2. Less than thirty days have passed since MBNA was served. MBNA, the only defendant in this case, was served on June 7, 2005.

1/1348816.1

3. Plaintiff's Complaint states that it relies upon the Consumer Credit Protection Act, 15 U.S.C. §§ 1643, which is a law of the United States, for purposes of 28 U.S.C. § 1331. (*See* Complaint).

4. Because Plaintiff alleges a claim arising under a law of the United States, District Courts have original jurisdiction of this action under 28 U.S.C. § 1331. This case is thus removable to this Court pursuant to 28 U.S.C. § 1441.

5. This Court has supplemental jurisdiction of any claims of which this Court might find it does not have original jurisdiction, because such claims, if any, are so related to Plaintiff's claims arising under the laws of the United States that they form part of the same case or controversy.

6. In filing this notice of removal, Defendant reserves all rights and defenses including those relating to arbitration.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Tallapoosa County, at Alexander City, Alabama, and is being served on all adverse parties.

WHEREFORE, the Defendant in this cause prays that this Court will make any and all orders necessary to effect the removal of this cause from the Circuit Court of Tallapoosa County, at Alexander City, Alabama, and to effect and prepare in this Court the true record of all proceedings that may have been had in the Circuit Court of Tallapoosa County, at Alexander City, Alabama.

This the 5 day of July, 2005.

1/1348816.1

_____
George R. Parker (PAR086)
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

- and -

Andrew J. Noble III (NOB001)
BRADLEY ARANT ROSE & WHITE LLP
P.O. Box 830709
Birmingham, AL 35283-0709
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

Attorneys for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal has been served upon counsel of record addressed as follows:

E. Paul Jones
P.O. Box 448
Alexander City, Alabama 35011

by placing same in the United States mail, postage prepaid, on this the ___5___ day of July, 2005.

_____
OF COUNSEL

EXHIBITS

TO THIS DOCUMENT

ARE NOT SCANNED.

THEY ARE FILED

IN CONVENTIONAL FORMAT

AND AVAILABLE FOR VIEWING

IN THE CLERK'S OFFICE.