IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY
AT ALEXANDER CITY, ALABAMA

| | |
|---|---|
| E. Paul Jones, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. CV-05-113 |
| MBNA AMERICA, a Delaware Corporation, A/k/a MBNA Consumer Services, Inc. | ) |
| Defendant. | ) |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO: Clerk of Court, Circuit Court of Tallapoosa County, Alabama, Alexander City Division

YOU ARE HEREBY NOTIFIED of the filing of the Notice of Removal in the United States District Court for the Middle District of Alabama, Eastern Division, of the case of *E. Paul Jones v. MBNA America*, said case bearing Civil Action file No. CV-05-113 in the Circuit Court of Tallapoosa County, Alabama, Alexander City Division, all in accordance with the provisions of 28 U.S.C. §§ 1441 *et seq.* A copy of the Notice of Removal is attached and has been sent to E. Paul Jones, pro se, who is the only plaintiff in this action.

Respectfully submitted,

_____
George R. Parker (PAR086)
BRADLEY ARANT ROSE & WHITE LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

1/1348834.1

- and -

Andrew J. Noble III (NOB001)
BRADLEY ARANT ROSE & WHITE LLP
P.O. Box 830709
Birmingham, AL 35283-0709
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

Attorneys for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the foregoing on:

E. Paul Jones
P.O. Box 448
Alexander City, AL 35011

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to his regular mailing address, on this 5 day of July, 2005.

_____
OF COUNSEL

2

1/1348834.1