RECEIVED
2005 JUL -6 A 8:12

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| E. Paul Jones, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 3:05cv628-T |
| | ) |
| MBNA AMERICA, a Delaware | ) |
| Corporation, a/k/a MBNA Consumer | ) |
| Services, Inc. | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT MBNA AMERICA'S RULE 7.1 DISCLOSURES**

Defendant MBNA America Bank, N.A., hereby advises the Court, pursuant to Federal Rule of Civil Procedure 7.1, that MBNA Corporation is the parent corporation of MBNA America Bank, N.A.

This the ___5___ day of July, 2005.

_____
George R. Parker (PAR086)
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL  36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

- and -

Andrew J. Noble III (NOB001)
BRADLEY ARANT ROSE & WHITE LLP
P.O. Box 830709
Birmingham, AL  35283-0709
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

Attorneys for the Defendant,

1/1349279.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal has been served upon counsel of record addressed as follows:

>E. Paul Jones
>P.O. Box 448
>Alexander City, Alabama  35011

by placing same in the United States mail, postage prepaid, on this the __5TH__ day of July, 2005.

_____
   George [signature]