## IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
## MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **E. PAUL JONES,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **V.** | ) | **CASE NO. 3:05-CV-628** |
| | ) | |
| **MBNA AMERICA, a Delaware** | ) | |
| **Corporation, a/k/a MBNA** | ) | |
| **Consumer Services, Inc.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF APPEARANCE OF COUNSEL

COMES NOW the undersigned , ANGELA J. HILL, and files her Notice of Appearance as Attorney of Record for the Plaintiff, E. PAUL JONES.

Respectfully submitted this 30TH  day of August 2005.

s/Angela J. Hill(HIL052)
Attorney at Law
116 Madison St.
Alexander City, AL 35010
256-329-1441
256-329-1442 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

GEORGE PARKER
ATTORNEY AT LAW
401 ADAMS AVE STE 780
MONTGOMERY, AL 36104

s/ Angela J. Hill

ANGELA HILL(HIL052)
Attorney at Law
116 Madison St.
Alexander City, AL 35010
256-329-1441
256-329-1442 fax