E. PAUL JONES,                                  )
                                                )
**Plaintiff,**                                  )
                                                )       **Case No.: 3:05-CV-628**
v.                                              )
                                                )
MBNA AMERICA, a Delaware                        )
Corporation, a/k/a MBNA                         )
Consumer Services, Inc.                         )
                                                )
**Defendant.**                                  )

### MOTION TO WITHDRAW

NOW COMES, Angela J. Hill, counsel for Plaintiff, E. PAUL JONES, and moves the Court to allow her to withdraw from the above styled case on such ground as follows:

1.   That the Plaintiff has advised the undersigned that he wishes to terminate the attorney client relationship

THEREFORE, counsel for the said Plaintiff, hereby requests that she be allowed to withdraw from further representation.

Respectfully submitted this _2nd_ day of _December_, 2005.

S/ Angela J. Hill
Angela J. Hill
Attorney at Law
116 Madison Street
Alexander City, AL 35010
256-329-1441
256-329-1442 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on instrument upon the following via U.S. Mail postage prepaid on this the 2nd of December , 2005.

George Parker
Attorney at Law
401 Adams Ave. Suite 780
Montgomery, AL 36104

S/ Angela J. Hill

Angela J. Hill
Attorney at Law
116 Madison Street
Alexander City, AL 35010
256-329-1441 / fax 256-329-1442