IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| E. PAUL JONES,             )<br>                            )<br>    Plaintiff,             )<br>                            )        CIVIL ACTION NO.<br>    v.                      )           3:05cv628-T<br>                            )<br>MBNA AMERICA, etc.,         )<br>                            )<br>    Defendant.              )| |

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 9) is granted.

DONE, this the 9th day of December, 2005.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE