IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| E. PAUL JONES,               ) | |
|                              ) | |
|    Plaintiff,                ) | |
|                              ) | CIVIL ACTION NO. |
|    v.                        ) | 3:05cv628-T |
|                              ) | |
| MBNA AMERICA, etc.,          ) | |
|                              ) | |
|    Defendant.                ) | |

### ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to United States Magistrate Judge Delores R. Boyd for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 9th day of December, 2005.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE