IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

E. PAUL JONES, )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 3:05-cv-628-T
 )
MBNA AMERICA, etc., )
 )
    Defendant. )

## STIPULATION OF DISMISSAL

Plaintiff and defendant stipulate that this action should be dismissed with prejudice and that each party should bear its own costs.

_____
E. Paul Jones, Plaintiff
1273 Halliana Rd.
Alexander City, Alabama 35010

_____
George R. Parker (PAR086)
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

- and -

Andrew J. Noble III (NOB001)
BRADLEY ARANT ROSE & WHITE LLP
P.O. Box 830709
Birmingham, AL 35283-0709
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
Attorneys for the Defendant

1