IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| E. PAUL JONES, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:05cv628-MHT |
| | ) | (WO) |
| MBNA AMERICA, etc., | ) | |
| | ) | |
|    Defendant. | ) | |

### JUDGMENT

Pursuant to the stipulation of dismissal (doc. no. 12), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 3rd day of April, 2006.

       /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE